**James F. SMALL, Regional Director of Region 21 of the National Labor Relations Board of the National Labor Relations Board for and on behalf of the National Labor Relations Board; et al., Plaintiffs—Appellees,**

v.

**OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION LOCAL 200, AFL–CIO, Defendant—Appellant.**

**and**

**National Labor Relations Board, Plaintiff—Appellant,**

v.

**Operative Plasterers' and Cement Masons' International Association Local 200, AFL–CIO, Defendant—Appellee.**

Nos. 08–56668, 08–56942.

United States Court of Appeals, Ninth Circuit.

May 29, 2009.

Judith Ilene Katz, Assistant Attorney General, Richard J. Lussier, Steven Lewis Sokolow, Esquire, Deputy Assistant General Counsel, National Labor Relations Board, Washington, DC, William M. Pate, Esquire, Ami V. Silverman, Esquire, National Labor Relations Board, Los Angeles, CA, for Plaintiffs–Appellees.

John Jacobs Davis, Jr., Esquire, Paul L. More, Davis Cowell & Bowe, LLP, San Francisco, CA, for Defendant–Appellee.

D.C. No. 5:08–cv–01039–SGL–OP, Central District of California, Riverside.

Before: PREGERSON, GRABER, and WARDLAW, Circuit Judges.

### ORDER

The Regional Director's and Amicus Curiae's request for publication of the memorandum disposition filed in this case is hereby GRANTED. The memorandum disposition filed on March 17, 2009, is WITHDRAWN. A superseding opinion will be filed at a later date. The pending petitions for panel rehearing and rehearing en banc are dismissed as moot. The parties may file new petitions as to the superseding opinion after it is filed, pursuant to the Federal Rules of Appellate Procedure.

IT IS SO ORDERED.